Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2025 JUL 21  AM 11: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| **PLAINTIFF** | 2:25-MJ-04188-DUTY-2 |
| v. | |
| Georgina Ravelero | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ **DEFENDANT** | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __7/21/25__ at __9:30__ ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   __18 USC 231(a)(3)__

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 2000

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: ~~Moshe Sinar~~ Naser J Khoury  Phone Number: ~~818 331 8109~~ 818.253.6344

9. Name of Pretrial Services Officer notified: Pre-trial Services Intake email

10. Remarks (if any): _____

11. Name: George Maloney _____ (please print)

12. Office Phone Number: 310-916-7956

13. Agency: FBI

14. Signature: _____

15. Date: 7/21/2025

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION