UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:25-cr-00680-SVW | | Date: | February 23, 2026 |
|---|---|---|---|---|

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter: N/A

| Daniel Tamayo | c/s 2-23-2026 | Kevin Butler<br>Kali Yallorakis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Randy Paul Ruiz | √ | | √ | 1) Gabriela Rivera DFPD &<br>Jake Crammer DFPD | √<br>√ | √<br>√ | |

**Proceedings:    STATUS CONFERENCE** (Held and Completed)

Case called. Status Conference completed.

IT IS SO ORDERED.

CC: USPO

_____  :  20 _____

Initials of Deputy Clerk    DTA