**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GEORGINA RAVELERO,<br>Defendant. | 25-CR-00680-SVW-2<br>**~~[PROPOSED]~~ ORDER REGARDING REQUEST FOR A CONTINUANCE OF HEARING RE: SENTENCING**<br>Current Sentencing Date: April 6, 2026 11:00 a.m.<br>Proposed Sentencing Date: June 8, 2026 11:00 a.m. |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to **April 20, 2026, at 11:00 a.m.**

IT IS SO ORDERED.

DATED: April 2, 2026

HON. STEPHEN V. WILSON
United States District Judge

Presented by:

Naser J. Khoury, Esq.